UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-32087 |
|---|---|
| DENTRELL DOUGLAS | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072510**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 11/ 30 | ECMC<br>BOX 8809<br>RICHMOND, VA  23225 | 715.30 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/27/2011

Certificate of Service             06-32087

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| DENTRELL DOUGLAS | HAROLD JARNICKI | (29.1n) |
| 9963 WHIPPOORWILL LN | 576 MOUND CT | AMERICAS SERVICING COMPANY |
| MASON, OH  45040 | SUITE B | BOX 10328 |
|  | LEBANON, OH  45036 | DES MOINES, IA  50306 |

| (1026.1n) | (30.1) | (1025.1n) |
| AMERICAS SERVICING COMPANY | ECMC | PRA RECEIVABLES MANAGEMENT LLC |
| BOX 829009 | BOX 8809 | AGENT OF PORTFOLIO RECOVERY |
| DALLAS, TX  75382 | RICHMOND, VA  23225 | BOX 41067 |
|  |  | NORFOLK, VA  23541 |

Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        sv